IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>          v.<br>CHEMCENTRAL CORPORATION,<br>RECLAMATION COMPANY, INC.,<br>AMERICAN LABORATORIES, INC.,<br>ESTATE OF MORRIS I. SHEIKH, MAHA<br>SHEIKH, BORGWARNER INC.,<br>GENERAL MOTORS CORPORATION,<br>FORD MOTOR COMPANY, KELSEY<br>HAYES COMPANY (dba TRW<br>AUTOMOTIVE), AND SPX<br>CORPORATION<br>          Defendants. | Civil Action No. 2:07-CV-12681 (PJD) |

**ORDER APPROVING CONSENT DECREE**

This Court having considered United States' Unopposed Motion to Enter Consent Decree and Memorandum in Support Thereof ("Motion"), and having found the proposed Consent Decree lodged with this Court on June 25, 2007, in this matter to be fair, reasonable, and consistent with the goals of the Comprehensive Environmental Recovery, Compensation, and Liability Act;

IT IS HEREBY ORDERED that the Motion is GRANTED;

FURTHER, IT IS HEREBY ORDERED that the Consent Decree is APPROVED and ENTERED.

                                        s/Patrick J. Duggan
                                        Patrick J. Duggan
                                        United States District Judge

Dated: September 20, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 20, 2007, by electronic and/or ordinary mail.
                                        s/Marilyn Orem
                                        Case Manager